# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARLTEZ HART

NO. 2023 KW 0720

**OCTOBER 10, 2023**

---

In Re:     Carltez Hart, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2201759.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT